NO. 14F0439-102

**STATE OF TEXAS**

**vs.**

**JAMES AUSTIN FRIEND**

2015 JUN -4 PM 12: 36 **IN THE DISTRICT COURT**

DISTRICT CLERK BOWIE CO. TX.

**OF BOWIE COUNTY, TEXAS**

DEPUTY **102nd JUDICIAL COURT**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/4/2015 1:08:04 PM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW the Defendant, **JAMES AUSTIN FRIEND**, and gives this written notice that he desires to appeal to the Court of Appeals of the State of Texas from the Judgment herein rendered against him.

Respectfully submitted,

JASON HORTON LAW FIRM
114 West Broad Street
Texarkana, Texas 75501
*Mail To:*
P.O. Box 1596
Texarkana, Texas 75504
P-903.792.2000
F-903.792.2100
www.jasonhortonlaw.com

BY:

Jason Horton
jason@jasonhortonlaw.com
Texas Bar Number 24041130

ATTORNEY FOR APPELLANT

*State of Texas vs. James Austin Friend*
Notice of Appeal
Page 1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 2nd day of June, 2015, served the foregoing by depositing a true and correct copy thereof in the U.S. Mail, postage prepaid addressed to the following persons at the addresses so indicated:

Mr. Jerry Rochelle
Bowie County District Attorney
601 Main Street
Texarkana, Texas 75501

Jason Horton

114 WEST BROAD STREET, TEXARKANA, TEXAS 75501
Mail To:
P.O. BOX 1596, TEXARKANA, TEXAS 75504
PHONE: (903) 792-2000    FAX: (903) 792-2100
JASONHORTONLAW.COM    LICENSED IN TEXAS & ARKANSAS

JASON HORTON
LAW FIRM

FILED FOR RECORD

2015 JUN -4 PM 12: 36

DISTRICT CLERK BOWIE CO. TX.

_____ DEPUTY

June 2, 2015

Ms. Billy Fox
Bowie County District Clerk
Bowie County Courthouse
710 James Bowie Drive
New Boston, Texas   75570

> RE:   ***State of Texas vs. James Austin Friend***
> Bowie County District Court No. 14F0439-102

Dear Billy:

Enclosed please find the original and one copy each of a **(1) Notice of Appeal; (2) Request for Preparation of Reporter's Record and Designation of Matters to be Included; (3) Written Designation Specifying Matters for Inclusion in Clerk's Record, and (4) Motion for Free Reporter's Record on Appeal,** in the above-styled cause.  Please file the originals and return the copies to me showing your file-marks thereon in the enclosed, self-addressed, stamped envelope.

By copy of this letter, I am forwarding copies of the referenced documents to Mr. Jerry Rochelle, Bowie County District Attorney.  Please do not hesitate to contact me if you have any questions or if I may assist you in any way.  Thank you for your attention in this matter.

Sincerely,

Jason Horton

JH/tmc
Enclosures

cc:    Mr. Jerry Rochelle
       (Enclosures)